<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JACK WILLIAMS,

        Plaintiff,

v.

NEW JERSEY STATE POLICE
DEPARTMENT, et al.,

        Defendants.

Civ. No. 04-4729
(WGB)

<u>O R D E R</u>

This matter having come before the Court on the Report and
Recommendation of United States Magistrate Judge Madeline Cox
Arleo filed on May 23, 2006; and the Court having received no
objections; and the Court having reviewed the Report and
Recommendation and other documents on file in this matter; and

For good cause shown;

It is on this 21st day of July 2006 **ORDERED** that the Report
and Recommendation of Magistrate Judge Arleo filed May 23, 2006
recommending dismissal of Plaintiff's complaint with prejudice
for failure to comply with discovery obligations and failure to
appear on the Court Order to show cause is hereby **ADOPTED** as the
findings of fact and conclusions of law of this Court and
Plaintiff's Complaint is hereby dismissed with prejudice; and

IT IS FURTHER ORDERED that the Clerk of the Court shall
close this case.

                                   <u>/s/ William G. Bassler</u>
                                   William G. Bassler, U.S.S.D.J.